

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00706-CR

Barry Arthur **BROWN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7118A
Honorable Philip Kazen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 7, 2016.

_____
Jason Pulliam, Justice